UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

U.S BANKRUPTCY COURT
FILED
CAMDEN NJ

2019 APR 18  A 11: 34

JEAN

BY:

DEPUTY

In Re:

Michael Bianco

Case No.: 18-33874

Judge: JNP

Chapter: 13

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION TO

☒ CREDITOR'S MOTION or CERTIFICATION OF DEFAULT

☐ TRUSTEE'S MOTION or CERTIFICATION OF DEFAULT

The debtor in the above-captioned chapter 13 proceeding hereby objects to the following (choose one):

1.  ☒ Motion for Relief from the Automatic Stay filed
        by _Nissan Motor Acceptance_ , creditor,

A hearing has been scheduled for __4\30\19__ , at _10:00_ _a_.m.

OR

☐ Motion to Dismiss filed by the Standing Chapter 13 Trustee.

A hearing has been scheduled for _____, at _____ ___m.

☐ Certification of Default filed by _____, creditor,

I am requesting a hearing be scheduled on this matter.

☐ Certification of Default filed by Standing Chapter 13 Trustee.

I am requesting a hearing be scheduled on this matter.

2.    I am objecting to the above for the following reasons (choose one):

☐    Payments have been made in the amount of $ _____, but
have not been accounted for. Documentation in support is attached hereto.

☑    Payments have not been made for the following reasons and debtor
proposes repayment as follows (explain your answer): *Could not*
*fullfill Payments Due To unemployment - I am*
*now Employed and wish To make Payments and*
*Arrange Payment Plan for Past Due.*

☐    Other (explain your answer): _____
_____
_____

3.    This certification is being made in an effort to resolve the issues raised by the
creditor in its motion.

4.    I certify under penalty of perjury that the foregoing is true and correct.

Date: __ 4-17-19 _____          _____
                                   Debtor's Signature

Date: _____          _____
                                   Debtor's Signature

NOTE:

1.    This form must be filed with the court and served upon the Standing Chapter 13 Trustee and creditor at
least seven (7) days before the return date pursuant to D.N.J. LBR 9013-1(d), if filed in opposition to a
*Motion for Relief from the Automatic Stay or Trustee's Motion to Dismiss.*

2.    This form must be filed with the court and served upon the Standing Chapter 13 Trustee and creditor within
ten (10) days of the filing of a *Creditor's Certification of Default* (under an *Order Resolving Motion to
Vacate Stay and/or Dismiss with Conditions*) or a *Trustee's Certification of Default.*

If this form is not filed the Motion or Certification of Default will be deemed uncontested
and no hearing will be scheduled.