UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

48734
Morton & Craig LLC
William E. Craig, Esquire
110 Marter Ave., Suite 301
Moorestown, NJ 08057
Attorney for Nissan Motor Acceptance Corporation

In Re:

MICHAEL T. BIANCO

**Order Filed on June 24, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

Case number: 18-33874

 Adv. No.

Hearing Date: 5-7-19

Judge: (JNP)

# ORDER FOR ARREARAGE CURE, REGULAR MONTHLY PAYMENTS, INSURANCE, COUNSEL FEES, AND STAY RELIEF UNDER CERTAIN CIRCUMSTANCES

The relief set forth on page number two (2) through three (3) is hereby **ORDERED**.

**DATED: June 24, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**

Debtor: Michael T. Bianco

Case No: 18-33874

Caption of Order: Order for arrearage cure, regular monthly payments, insurance, counsel fees, and stay relief under certain circumstances


This matter having brought before this Court on a Motion For Stay Relief filed by John R. Morton, Jr., Esq., attorney for Nissan Motor Acceptance Corporation ("Nissan"), with the appearance of Terry Tucker, Esq. on behalf of the Debtor, and this Order having been filed with the Court and served upon the Debtor and his attorney under the seven day rule with no objections having been received as to the form or entry of the Order and for good cause shown, it is hereby


**ORDERED:**

1. **That Nissan is the holder of a first purchase money security interest encumbering a 2014 Nissan Versa bearing vehicle identification number 3N1CE2CP4EL376751.**

2. **That the Debtor's account has post-petition arrears April 2019 in the amount of $908.15.**

3. **That the Debtor is to cure this arrearage by making his regular monthly payment of $171.63 plus an additional $227.04 each month (for a total monthly payment of $398.67) for the months of May through August 2019.**

4. **That commencing May 2019, if the Debtor fails to make any payment to Nissan within thirty (30) days after each payment falls due, Nissan shall be entitled to stay relief upon filing a certification of default with the Court and serving it on the Debtor, his attorney and the Chapter 13 Trustee.**

5. **That the Debtor must maintain insurance on the vehicle. The vehicle must have full comprehensive and collision coverage with deductibles not exceeding $500.00 each. Nissan Motor Acceptance Corporation must be listed as loss payee. If the Debtor fails to maintain valid insurance on the vehicle, Nissan shall be entitled to stay relief upon filing a certification that insurance has lapsed and serving such certification on the Debtor, his attorney and the Chapter 13 Trustee.**

6. **That the Debtor is to pay Nissan Motor Acceptance Corporation a counsel fee of $551.00 through his Chapter 13 bankruptcy plan.**