| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>48734<br>Morton & Craig LLC<br>William E. Craig, Esquire<br>110 Marter Ave., Suite 301<br>Moorestown, NJ 08057<br>Attorney for Nissan Motor Acceptance Corporation | **Order Filed on June 24, 2019 by<br>Clerk U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>MICHAEL T. BIANCO | Case number: 18-33874<br><br> Adv. No.<br><br>Hearing Date: 5-7-19<br><br>Judge: (JNP) |

**ORDER FOR ARREARAGE CURE, REGULAR MONTHLY PAYMENTS, INSURANCE, COUNSEL FEES, AND STAY RELIEF UNDER CERTAIN CIRCUMSTANCES**

The relief set forth on page number two (2) through three (3) is hereby **ORDERED**.

**DATED: June 24, 2019**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)

Debtor: Michael T. Bianco

Case No: 18-33874

Caption of Order: Order for arrearage cure, regular monthly payments, insurance, counsel fees, and stay relief under certain circumstances

This matter having brought before this Court on a Motion For Stay Relief filed by John R. Morton, Jr., Esq., attorney for Nissan Motor Acceptance Corporation ("Nissan"), with the appearance of Terry Tucker, Esq. on behalf of the Debtor, and this Order having been filed with the Court and served upon the Debtor and his attorney under the seven day rule with no objections having been received as to the form or entry of the Order and for good cause shown, it is hereby

**ORDERED:**

1. That Nissan is the holder of a first purchase money security interest encumbering a 2014 Nissan Versa bearing vehicle identification number **3N1CE2CP4EL376751.**
2. That the Debtor's account has post-petition arrears April 2019 in the amount of **$908.15.**
3. That the Debtor is to cure this arrearage by making his regular monthly payment of $171.63 plus an additional $227.04 each month (for a total monthly payment of $398.67) for the months of May through August 2019.
4. That commencing May 2019, if the Debtor fails to make any payment to Nissan within thirty (30) days after each payment falls due, Nissan shall be entitled to stay relief upon filing a certification of default with the Court and serving it on the Debtor, his attorney and the Chapter 13 Trustee.
5. That the Debtor must maintain insurance on the vehicle. The vehicle must have full comprehensive and collision coverage with deductibles not exceeding $500.00 each. Nissan Motor Acceptance Corporation must be listed as loss payee. If the Debtor fails to maintain valid insurance on the vehicle, Nissan shall be entitled to stay relief upon filing a certification that insurance has lapsed and serving such certification on the Debtor, his attorney and the Chapter 13 Trustee.
6. That the Debtor is to pay Nissan Motor Acceptance Corporation a counsel fee of $551.00 through his Chapter 13 bankruptcy plan.

United States Bankruptcy Court
District of New Jersey

In re:  
Michael T Bianco  
     Debtor

Case No. 18-33874-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin    Page 1 of 1    Date Rcvd: Jun 24, 2019  
                  Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2019.  
db           +Michael T Bianco,    27 Hope Grange Rd,    Bridgeton, NJ 08302-5827

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2019                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2019 at the address(es) listed below:

        Charles G. Wohlrab    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER  
         cwohlrab@logs.com, njbankruptcynotifications@logs.com  
        Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
        John R. Morton, Jr.    on behalf of Creditor    Nissan Motor Acceptance Corporation ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
        Kevin Gordon McDonald    on behalf of Creditor    MIDFIRST BANK kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Terry Tucker    on behalf of Debtor Michael T Bianco terrytucker@comcast.net  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                               TOTAL: 7