Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.:  18−33874−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michael T Bianco
   27 Hope Grange Rd
   Bridgeton, NJ 08302

Social Security No.:
   xxx−xx−3225

Employer's Tax I.D. No.:

---

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

on 4/22/22 at 10:00 AM

to consider and act upon the following:

*46* − in Opposition to (related document:45 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Isabel C. Balboa. Objection deadline is 03/21/2022. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Isabel C. Balboa) filed by Terry Tucker on behalf of Michael T Bianco. (Tucker, Terry)

Dated: 3/14/22

                                         Jeanne Naughton
                                         Clerk, U.S. Bankruptcy Court