Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

    Case No.: 18−33874−JNP
    Chapter: 13
    Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michael T Bianco
   27 Hope Grange Rd
   Bridgeton, NJ 08302

Social Security No.:
   xxx−xx−3225

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 4/25/22.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: April 26, 2022
JAN: kvr

                                                       Jeanne Naughton
                                                       Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                   Case No. 18-33874-JNP

Michael T Bianco                                      Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                                User: admin                                      Page 1 of 2

Date Rcvd: Apr 27, 2022                        Form ID: 148                                Total Noticed: 21

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael T Bianco, 27 Hope Grange Rd, Bridgeton, NJ 08302-5827 |
| 517904982 | ++++ | AMERICAN CORADIUS INTERNATIONAL LLC, 37 RUST LN, BOERNE TX 78006-8288 address filed with court:, American Coradius International LLC, 35A Rust Lane, Boerne, TX 78006 |
| 517904985 | #+ | Best Fuel, 1255 Highway 77, Bridgeton, NJ 08302-5975 |
| 517955871 | + | MIDFIRST BANK, KML Law Group, P.C., 216 Haddon Avenue, Suite 406, Westmont, NJ 08108-2812 |
| 517904989 | + | Natera Conceive, PO Box 8427, Pasadena, CA 91109-8427 |
| 518163449 | + | Nissan Motor Acceptance Corporation, Law Offices of John R. Morton, Jr., 110 Marter Ave., Suite 301, Moorestown, NJ 08057-3124 |
| 517904990 | + | Nissan Motor Credit, POB 660577, Dallas, TX 75266-0577 |
| 517904991 | + | SJ Water Conditioning Service Inc., 760 Shiloh Pike, Bridgeton, NJ 08302-1460 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 27 2022 20:42:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 27 2022 20:42:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517904983 | + | EDI: CINGMIDLAND.COM | Apr 28 2022 00:38:00 | At&t, PO Box 537104, Atlanta, GA 30353-7104 |
| 517904984 | + | Email/Text: bankruptcy@pepcoholdings.com | Apr 27 2022 20:42:00 | Atlantic City Electric, PO Box 13610, Philadelphia, PA 19101-3610 |
| 517919423 | | Email/Text: bankruptcy@pepcoholdings.com | Apr 27 2022 20:42:00 | Atlantic City Electric Company, Pepco Holdings, Inc., Bankruptcy Division, Mail Stop 84CP42, 5 Collins Drive, Suite 2133, Carneys Point, NJ 08069-3600 |
| 517904986 | + | EDI: DISCOVER.COM | Apr 28 2022 00:38:00 | Discover, PO Box 71084, Charlotte, NC 28272-1084 |
| 517917790 | | EDI: DISCOVER.COM | Apr 28 2022 00:38:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517985403 | + | EDI: AISMIDFIRST | Apr 28 2022 00:38:00 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 517904987 | + | EDI: AISMIDFIRST | Apr 28 2022 00:38:00 | Midland Mortgage, POB 26648, Oklahoma City, OK 73126-0648 |
| 517904988 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 27 2022 20:42:00 | Mr Cooper, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 517932478 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 27 2022 20:42:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, Attn: |

| | | | | |
|---|---|---|---|---|
| 517911762 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | | Bankruptcy Department, PO BOX 619096, Dallas, TX 75261-9096 |
| | | | Apr 27 2022 20:42:00 | Nissan Motor Acceptance, POB 660366, Dallas, TX 75266-0366 |
| 517904992 | + | EDI: TDBANKNORTH.COM | Apr 28 2022 00:38:00 | TDBank, POB 8400, Lewiston, ME 04243-8400 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Nissan Motor Acceptance Corporation, PO Box 660366, Dallas, TX 75266-0366 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 29, 2022    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER ewassall@logs.com njbankruptcynotifications@logs.com;logsecf@logs.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| John R. Morton, Jr. | on behalf of Creditor Nissan Motor Acceptance Corporation ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Kevin Gordon McDonald | on behalf of Creditor MIDFIRST BANK kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Terry Tucker | on behalf of Debtor Michael T Bianco terrytucker@comcast.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8